IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| JAY LEE GLASSBERG, <br> Plaintiff(s) <br><br> v. <br><br> PAUL E. MALMROSE and TIGHE & BOND, INC.   Defendant(s) | ) ) ) ) ) ) ) ) ) ) ) | **STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** <br><br> Case No.: 7:19-cv-00767 |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, without prejudice against the defendant(s) Paul E. Malmrose and Tighe & Bond, Inc. pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

_____
Signature of plaintiffs or plaintiff's counsel

50 Main Street
Address

Brewster, New York 10509
City, State & Zip Code

(914) 934-8792
Telephone Number

Dated: January 15, 2020

_____
Signature of defendants or defendant's counsel

Post Office Box 2903
Address

Hartford, Connecticut 06104
City, State & Zip Code

(914) 285-8500
Telephone Number

Dated: _____